IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICAH RUDISILL, #48233-019,

    Petitioner,

v.                    Civil Action No. 5:08cv272-DCB-MTP

ARCHIE LONGLEY, WARDEN,

    Respondent.

SUGGESTION TO SUBSTITUTE NAME OF RESPONDENT
(Fed.R.Civ.P. 25(d))

**TO THE HONORABLE DAVID BRAMLETTE III, SENIOR DISTRICT JUDGE:**

    Petitioner Micah Rudisill, pro se, states that Respondent Bruce Pearson the (former) Warden of FCC Yazoo City (Low) no longer holds that office. To the extent that this action seeks relief from the respondent in his official capacity, Archie Longley currently holds the office in question and has been automatically substituted as the respondent in this action pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure.

    Mr. Rudisill respectfully suggests that:

    1. All papers subsequently filed in this action reflect that substitution, and;

    2.  If the Court so desires, it enter a formal order reflecting this substitution.

Dated: __1-18-12__            Signed: _____
                                                              Micah Rudisill, Pro Se

## CERTIFICATE OF SERVICE

    I, Micah Rudisill, certify under penalty of perjury, pursuant to 28 U.S.C. §1746, that a true and correct copy of the foregoing, including all exhibits, is being furnished via the United States Mail to AUSA Angela Givens Williams, 188 E. Capitol Street, Suite 500, Jackson, Mississippi 39201. Done and executed this 20th day of January, 2012.

*(signature)*
Micah Rudisill, Pro Se
Federal Reg. No. 48233-019
FCC Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS  39194-5000